JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS ANDERSEN, | Case No. ED CV 16-1062 JAK (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEFFREY BEARD, *Warden*, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: June 6, 2017

HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE